

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*　　Telephone: (612) 664-5600
*300 South Fourth Street*　　Fax: (612) 664-5787
*Minneapolis, MN 55415*

May 13, 2024

Honorable Katherine A. Constantine
United States Bankruptcy Court
8W Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    **Richard John Golinvaux and Renee Karen Golinvaux**
             BKY No. 24-30007

Dear Chief Judge Constantine:

    Please be advised that the United States of America, Internal Revenue Service, Debtors' counsel, and the Chapter 13 Trustee have agreed to a one-month continuance of the confirmation hearing with regard to the above-entitled Chapter 13 bankruptcy case. The Chapter 13 confirmation hearing is currently scheduled for May 16, 2024, at 10:30 a.m. and will be continued to the June 20, 2024 calendar.

                                        Sincerely,

                                        ANDREW M. LUGER
                                        United States Attorney

                                        s/ *Adine S. Momoh*

                                        BY: ADINE S. MOMOH
                                        Assistant U.S. Attorney
                                        Attorney ID Number 0390085
                                        Email: Adine.Momoh@usdoj.gov

ASM:bw

cc:    Interested Parties Listed on the
        Attached Unsworn Certificate
        of Service (via U.S. Mail)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:

Richard John Golinvaux and Renee Karen Golinvaux,

Chapter 13

Case No. 24-30007

Debtors.

**UNSWORN CERTIFICATE OF SERVICE**

I, <u>Barbara Wilson</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>May 13, 2024</u> , I caused to be served a copy of the following documents:

**Letter to Court Agreeing to Continuance of the IRS Objections to Confirmation and Chapter 13 Confirmation Hearing and Unsworn Certificate of Service**

to be mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

Richard John Golinvaux
3360 Wood Duck Drive N. W.
Prior Lake, MN 55372

Renee Karen Golinvaux
3360 Wood Duck Drive N. W.
Prior Lake, MN 55372

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:    May 13 2024        Signed:    *s/ Barbara Wilson*
BARBARA WILSON
Contractor Paralegal Specialist