## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Richard John Golinvaux

Renee Karen Golinvaux

Debtor(s)

Case No: 24–30007 – KAC

Chapter 13 Case

### ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015–1 and Local Form 3015–1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 15 of the plan is granted; and
3. Any application or motion for allowance of an administrative expense claim under 11 U.S.C. § 503(b) for preconfirmation legal services shall be filed no later than 90 days after the entry of this order.

Dated: 4/17/25

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnbocnf13nf** – 13ocnfnf 10/24