UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| In re: | ) | **Case No. 24-30007-KAC** |
| | ) | Chapter 13 |
| Richard John Golinvaux, and | ) | |
| Renee Karen Golinvaux, | ) | ORDER ALLOWING SALE OF |
| | ) | PROPERTY FREE AND CLEAR OF |
| | ) | LIENS PURSUANT TO SECTION 363(f) |
| | ) | |
| Debtors. | ) | |

_____

This matter came before the court on July 21, 2026, on the debtors' motion for authority to sell real property free and clear of liens and other interests pursuant to 11 U.S.C. section 363(f). Appearances were noted in the record. Based on the record, and for the reasons stated during the hearing,

1. The debtors' motion for an expedited hearing is granted.

2. The debtors' motion pursuant to section 363(f) for an order to sell property free and clear of all liens and interests is granted with respect to the real property located at 3360 Wood Duck Drive N.W., Prior Lake, Minnesota 55372, legally described as Lot 24, Block 1, The Wilds Third Addition, Scott County, State of Minnesota.

3. Carrington Mortgage Servicing LLC, for both mortgages, the Internal Revenue Service, and the Minnesota Department of Revenue are granted replacement liens in the proceeds from the sale referred to above, with the same dignity and priority as held against the real property prior to the sale, and in the amounts of their respective allowed secured claims, as determined by the court's order confirming the chapter 13 plan.

4. Proceeds from the sale price of $745,000.00 will be distributed in the following approximate amounts, but these amounts will change due to the accrual of interest since such amounts were most recently established:
   Payment of customary costs of sale $22,686.22
   Payment in full of Carrington first mortgage $500,199.14

Payment in full of Carrington second mortgage $159,381.12

Payment in full of Internal Revenue Service secured claim as determined by confirmed plan, $19,977.00 plus 8% interest

Payment in full of Minnesota Department of Revenue as determined by confirmed plan, $42,756.52

The debtors shall cause the amounts listed above to be recalculated as provided in Paragraph 5 herein.

5.   The debtors and their representatives are authorized to take other such actions and to execute and deliver such additional documents as will be reasonably necessary to effectuate the transactions contemplated by the debtors' motion.    This includes calculating the exact amount of each claim against the sale proceeds, based upon the effect of interest having accrued upon the Carrington first and second mortgages, the Internal Revenue Service secured claim, and the Minnesota Department of Revenue secured claim, since the time the figures in Paragraph 4 herein were last calculated, and the effect that any payments received by such entities from the debtors, the chapter 13 trustee, or otherwise, might have had on the remaining amounts due on such secured claims.

6.   Any stay of this order pursuant to Federal Rule of Bankruptcy Procedure 6004(h) shall be waived.

Dated:___*July 21, 2026*_____        *s/ Katherine A. Constantine*_____
                                        Katherine A. Constantine
                                        United States Bankruptcy Judge