UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| In re: | ) | **Case No. 24-30007-KAC** |
| | ) | Chapter 13 |
| Richard John Golinvaux, and | ) | |
| Renee Karen Golinvaux, | ) | **NOTICE OF CONTINUED HEARING** |
| | ) | **ON DEBTOR'S MOTION FOR ORDER** |
| | ) | **TO COMPEL INTERNAL REVENUE** |
| | ) | **SERVICE TO RELEASE LIEN ON** |
| | ) | **REAL PROPERTY, AND FOR ORDER** |
| | ) | **DECLARING LIEN TO BE SATISFIED** |
| Debtors. | ) | **AND FOR ORDER ENFORCING** |
| | ) | **SETTLEMENT, MEDIATION OR** |
| | ) | **COMPROMISE** |

_____

TO:    United States of America;  Internal Revenue Service;  Gregory Burrell, Chapter 13 Trustee;  U.S. Trustee;  Minnesota Department of Revenue;  Carrington Mortgage Servicing LLC,  and any other parties entitled to notice.


The debtors give notice that the hearing in the above matter has been continued to 1:30 p.m. on Thursday, August 6, 2026, in Courtroom 8, U.S. Courthouse, 300 South Fourth St., Minneapolis, Minnesota.


July 27,  2026
Date

/e/   Craig W. Andresen
Craig W. Andresen, #186557
Attorney for Debtor
3800 W. American Blvd., Suite 1500
Bloomington, MN  55431
(952) 831-1995
craig@andresenlaw.com