**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                              Case No. 24-30007

Richard John Golinvaux,
Renee Karen Golinvaux,                                  Chapter 13

        Debtors.

**ORDER**

On August 6, 2026, this case came before the court for an expedited hearing on the motion of the United States of America, Internal Revenue Service, for a Motion for Stay Pending Appeal [Doc 156] (the "Motion") and the Debtors' timely Response [Doc 159]. At the commencement of the hearing, the IRS handed to opposing counsel a Reply [Doc 161].   As determined by the IRS, the contents of the Reply, including the arguments made therein, were presented orally by the IRS.   Appearances are noted on the record.

Based on and pursuant to the written and oral record, including for the reasons discussed, and the oral rendering of the Court's decision at the conclusion of the hearing,

**IT IS ORDERED:**

Except for the expedited resolution of the Motion, the Motion is denied in its entirety.

Dated:  *August 7, 2026*                          *s/ Katherine A. Constantine*
                                                              United States Bankruptcy Judge