UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | **Case No. 24-30007-KAC**<br>Chapter 13 |
| Richard John Golinvaux, and<br>Renee Karen Golinvaux, | **DEBTORS' RESPONSE TO MOTION OF TRUSTEE SEEKING DISMISSAL** |
| Debtors. | |

---

TO: United States of America; Internal Revenue Service; Gregory Burrell, Chapter 13 Trustee; U.S. Trustee; Minnesota Department of Revenue; Carrington Mortgage Servicing LLC, and any other parties entitled to notice.

The debtors hereby submit this response to the motion of the chapter 13 trustee seeking dismissal due to a default in plan payments. They request that the court continue the hearing on such motion to the regular September dismissal calendar. At this time, the case has been pending before the court for about thirty-two months, and the debtors have paid $78,030.00 into the plan for distribution to creditors. They moved from their primary residence in June 2026 while pursuing a sale of that property in conformity with the chapter 13 plan. They have incurred an unexpected monthly cost for renting a different residence, while at the same time being obligated to continue paying the mortgage on their primary residence. This means they have two payments for housing, not one, which they did not expect and which has caused their household budget to become difficult to predict and difficult to manage. They are, however, committed to completing the plan, and toward that end the debtors request that the trustee's motion be continued to the September calendar. They believe that by that time the housing market will show itself to support a sale of the primary residence for a price which will be consistent with successful completion of the plan.

August 18, 2026
Date

/e/ Craig W. Andresen
Craig W. Andresen, #186557
Attorney for Debtor
3800 W. American Blvd., Suite 1500
Bloomington, MN 55431
(952) 831-1995
craig@andresenlaw.com

We, Richard and Renee Golinvaux , the debtors herein, swear under penalty of perjury that the foregoing information is true and correct to best of our knowledge, information and belief.

/s/ Richard Golinvau x
Richard Golinvaux , Debtor

8/18/26
Date

/s/Renee Golinvaux
Renee Golinvaux , Debtor

8/18/26
Date