UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

----------------------------------------------------------

In re:

BKY 24-30007 KAC

*Richard J. Golinvaux and*
*Renee K. Golinvaux,*

Chapter 13 Case

Debtors.

----------------------------------------------------------

**ORDER ON TRUSTEE'S MOTION FOR DISMISSAL OR CONVERSION**

The above-entitled matter came on for hearing before the undersigned United States Bankruptcy Judge on the Chapter 13 Trustee's Motion for Dismissal or Conversion.

Upon the foregoing motion, arguments of counsel, and all of the files, records and proceedings herein:

IT IS ORDERED:

1. On or before 9:00 a.m. on September 25, 2026, the debtors must (a) make a payment to the trustee totaling $12,600.00 in good and sufficient funds so that those funds are received by the trustee and posted to their case; or (b) move to convert this case to a proceeding under Chapter 7 of the Bankruptcy Code.

2. If the debtor fails to comply with paragraph 1 above, the Trustee may file an affidavit of non-compliance, and an Order dismissing the case, without prejudice, will be entered without further hearing.

Dated: *September 18, 2026*

*s/ Katherine A. Constantine*

Katherine A. Constantine
Chief United States Bankruptcy Judge