LOCAL FORM 1019-1
REVISED 12/17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Richard John Golinvaux, and
Renee Karen Golinvaux,

Case No. 24-30007-KAC

Debtor(s).

**CONVERSION OF CASE BY DEBTOR**

CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 CASE

1. This bankruptcy case was commenced by petition filed by the debtor(s) under chapter 13 on January 3, 2024. Conversion of this case by the debtor(s) to a chapter 7 case is allowed under § 1307(a) of the Bankruptcy Code.

2. The debtor(s) hereby files this conversion and converts this case to a chapter 7 case under §§ 348 and 1307(a) of the Bankruptcy Code.

3. (If 12 or 13 to 7 or if 7 to 12 or 13) Attached hereto and filed herewith are new exhibits, attachments, schedules, statements and lists appropriate for a chapter 7 case.

4. The current address(es) for the debtor(s) is as follows:

11661 203rd St. W., Lakeville, MN 55044

WHEREFORE, the debtor(s) requests relief in accordance with chapter 7 of the Bankruptcy Code and declares under penalty of perjury that the information provided in this conversion is true and correct.

Dated: September 25, 2026

Signed: /s/Richard Golinvaux
Debtor 1

Signed: /s/Renee Golinvaux
Debtor 2 (if joint case)

Signed: /s/Craig W Andresen, Atty. #186557
Attorney for Debtor(s)

Name: Craig W. Andresen, Attorney

Address: 3800 W Ameerican Blvd #1500
Bloomington, MN 55431

Phone: (952) 831-1995

License Number # 186557

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard John Golinvaux** (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | **Renee Karen Golinvaux** (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **24-30007** |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **750,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **24,826.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **774,826.00** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **733,137.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **690,502.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **49,910.00** |
| **Your total liabilities** | $ **1,473,549.00** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ **11,005.15** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ **12,234.54** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number *(if known)* **24-30007**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **10,702.30**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | | **Total claim** |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | **690,502.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ | **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ | **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ | **690,502.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Richard John Golinvaux** (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse, if filing) | **Renee Karen Golinvaux** (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number | **24-30007** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**3360 WOOD DUCK DRIVE NW**
Street address, if available, or other description

**Prior Lake** (City) **MN** (State) **55372-0000** (ZIP Code)

**Scott**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$750,000.00** | **$750,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** **$750,000.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number *(if known)* **24-30007**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **LINCOLN**
Model: **MKC**
Year: **2016**
Approximate mileage: **186,000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$3,000.00** | **$3,000.00** |

3.2 Make: **FORD**
Model: **F-150**
Year: **2015**
Approximate mileage: **318,000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,000.00** | **$5,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$8,000.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **HOUSEHOLD GOODS AND FURNISHINGS** | **$10,000.00** |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **THREE TV'S** | **$300.00** |
| **CELL PHONES $125, HP LAPTOP COMPUTER $500, PRINTER $50** | **$675.00** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number *(if known)* **24-30007**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **ROWER BIKE MACHINE $150, SPIN BIKE $50, TREADMILL $200** | **$400.00** |
| **WEIGHT LIFTING EQUIPT. $300, GOLF CLUBS $200** | **$500.00** |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **CLOTHING** | **$1,000.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **WEDDINGS RINGS** | **$500.00** |
| **OTHER JEWELRY** | **$100.00** |
| **WATCH** | **$300.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................** **$13,775.00**

**Part 4:** **Describe Your Financial Assets**

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured |
|---|---|

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux** Case number *(if known)* **24-30007**

claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes....................................................................................................................

**Cash** **$50.00**

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes....................... Institution name:

17.1. **ACORNS BANK $200; HUNTINGTON BANK CHECKING $2800 SAVINGS $0** **$3,000.00**

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes. Give specific information about them..................

Name of entity: % of ownership:

**Debtor 1 owns all the shares in RJ Golinvaux Inc., an LLC in Minneswota, value $1.** % **$1.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number *(if known)* **24-30007**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name: Beneficiary: Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number *(if known)* **24-30007**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................** **$3,051.00**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................** **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................ | | | **$750,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$8,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$13,775.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$3,051.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$24,826.00** | Copy personal property total | **$24,826.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$774,826.00** |

**Fill in this information to identify your case:**

Debtor 1: **Richard John Golinvaux**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Renee Karen Golinvaux**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): **24-30007**

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**<br>Line from *Schedule A/B*: **1.1** | **$750,000.00** | ■ **$22,150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **2016 LINCOLN MKC 186,000 miles**<br>Line from *Schedule A/B*: **3.1** | **$3,000.00** | ■ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2015 FORD F-150 318,000 miles**<br>Line from *Schedule A/B*: **3.2** | **$5,000.00** | ■ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **HOUSEHOLD GOODS AND FURNISHINGS**<br>Line from *Schedule A/B*: **6.1** | **$10,000.00** | ■ **$10,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **THREE TV'S** Line from *Schedule A/B*: **7.1** | **$300.00** | ■ **$300.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **CELL PHONES $125, HP LAPTOP COMPUTER $500, PRINTER $50** Line from *Schedule A/B*: **7.2** | **$675.00** | ■ **$675.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **ROWER BIKE MACHINE $150, SPIN BIKE $50, TREADMILL $200** Line from *Schedule A/B*: **9.1** | **$400.00** | ■ **$400.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **WEIGHT LIFTING EQUIPT. $300, GOLF CLUBS $200** Line from *Schedule A/B*: **9.2** | **$500.00** | ■ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CLOTHING** Line from *Schedule A/B*: **11.1** | **$1,000.00** | ■ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **WEDDINGS RINGS** Line from *Schedule A/B*: **12.1** | **$500.00** | ■ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **OTHER JEWELRY** Line from *Schedule A/B*: **12.2** | **$100.00** | ■ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **WATCH** Line from *Schedule A/B*: **12.3** | **$300.00** | ■ **$300.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash** Line from *Schedule A/B*: **16.1** | **$50.00** | ■ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **ACORNS BANK $200; HUNTINGTON BANK CHECKING $2800 SAVINGS $0** Line from *Schedule A/B*: **17.1** | **$3,000.00** | ■ **$3,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Debtor 1 owns all the shares in RJ Golinvaux Inc., an LLC in Minneswota, value $1.** Line from *Schedule A/B*: **19.1** | **$1.00** | ■ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

- ■ No
- ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  - ☐ No
  - ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard John Golinvaux** (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | **Renee Karen Golinvaux** (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **24-30007** |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| 2.1 **CARRINGTON MORTGAGE** | **$500,199.00** | **$750,000.00** | **$0.00** |

Creditor's Name: **CARRINGTON MORTGAGE**

**PO BOX 54285**
**IRVINE, CA 92619**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Mortgage - arrears = $2,965 on 1/3/24.**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

Debtor 1 **Richard John Golinvaux** (First Name / Middle Name / Last Name)

Debtor 2 **Renee Karen Golinvaux** (First Name / Middle Name / Last Name)

Case number (if known) **24-30007**

**2.2 CARRINGTON MORTGAGE**
Creditor's Name

**PO BOX 5001**
**WESTFIELD, IN 46074**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**

**$159,381.00** | **$750,000.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Mortgage - interest rate = 10.25%.**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.3 INTERNAL REVENUE SERVICE**
Creditor's Name

**STOP 5700**
**30 EAST 7TH STREET**
**SUITE 1222**
**ST PAUL, MN 55101-4940**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**

**$19,977.00** | **$750,000.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **tax lien**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

Debtor 1 **Richard John Golinvaux** — First Name / Middle Name / Last Name

Debtor 2 **Renee Karen Golinvaux** — First Name / Middle Name / Last Name

Case number (if known) **24-30007**

**2.4 MINNESOTA DEPT OF REVENUE**
Creditor's Name

**COLLECTION ENFORCEMENT - BKY**
**PO BOX 64447,**
**LOCATION 511**
**ST PAUL, MN 55164**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$42,756.00** **$750,000.00** **$0.00**

**3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **tax lien**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.5 SANTANDER CONSUMER USA**
Creditor's Name

**PO BOX 961245**
**FORT WORTH, TX 76161**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$10,824.00** **$3,000.00** **$7,824.00**

**2016 LINCOLN MKC 186,000 miles**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **19.49% ANNUAL INTEREST RATE** **Last 4 digits of account number** ______

Debtor 1 **Richard John Golinvaux** (First Name, Middle Name, Last Name)
Debtor 2 **Renee Karen Golinvaux** (First Name, Middle Name, Last Name)
Case number (if known) **24-30007**

**2.6** **TOPLINE FEDERAL CREDIT UNION**
Creditor's Name

**9353 JEFFERSON HWY
MAPLE GROVE, MN 55369**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$0.00** **$5,000.00** **$0.00**

**2015 FORD F-150 318,000 miles**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Purchase Money Security**

**Date debt was incurred** **NOTICE PURPOSES ONLY** **Last 4 digits of account number**

---

**2.7** **WILDS HOMEOWNERS ASSOCIATION**
Creditor's Name

**C/O SMITH JADIN JOHNSON
7900 XERXES AVE S STE 2020
MINNEAPOLIS, MN 55431**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$0.00** **$750,000.00** **$0.00**

**3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **homeowners assoc. lien**

**Date debt was incurred** **NOTICE PURPOSES ONLY, $0 balance owed.** **Last 4 digits of account number**

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$733,137.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$733,137.00** |

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more**

Debtor 1 **Richard John Golinvaux** (First Name / Middle Name / Last Name) Case number (if known) **24-30007**

Debtor 2 **Renee Karen Golinvaux** (First Name / Middle Name / Last Name)

**than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ]

Name, Number, Street, City, State & Zip Code
**BANK OF NEW YORK MELLON**
**255 2ND AVENUE SOUTH**
**MINNEAPOLIS, MN 55401**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**BANK OF NEW YORK MELLON**
**C/O WEINGARDEN LIEBO ET AL.**
**4500 PARK GLEN RD STE 300**
**MINNEAPOLIS, MN 55416**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**BANK OF NEW YORK MELLON**
**225 LIBERTY STREET**
**NEW YORK, NY 10281**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**CARRINGTON MORTGAGE SERVICING**
**1600 S DOUGLAS ROAD STE 200A**
**ANAHEIM, CA 92806**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**SMITH JADIN JOHNSON**
**7900 XERXES AVE S STE 2020**
**MPLS, MN 55431**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**WILDS HOMEOWNERS ASSOCIATION**
**7100 NORTHLAND CIR N STE 100**
**BROOKLYN PARK, MN 55428**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

Debtor 1: **Richard John Golinvaux**
First Name Middle Name Last Name

Debtor 2 (Spouse if, filing): **Renee Karen Golinvaux**
First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): **24-30007**

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **INTERNAL REVENUE SERVICE** — Last 4 digits of account number | **$627,888.00** | **$56,659.00** | **$571,229.00** |

Priority Creditor's Name

**STOP 5700**
**30 EAST 7TH STREET SUITE 1222**
**ST PAUL, MN 55101-4940**
Number Street City State Zip Code

When was the debt incurred? **2014 TO PRESENT**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2011 $144,711; 2012 68,110; 2013 148,859; 2014 $15,379; 2015 $74,912; 2016 $43,927; 2017 51,192; 2018**
**2019 24,139; 2020 5,268; 2021 14,732; 2022 36,659**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (if known) **24-30007**

2.2 **MINNESOTA DEPT OF REVENUE**
Priority Creditor's Name
**COLLECTION ENFORCEMENT - BKY**
**PO BOX 64447, LOCATION 511**
**ST PAUL, MN 55164**
Number Street City State Zip Code

**Last 4 digits of account number** **$62,614.00** **$22,916.00** **$39,698.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**2015 3,928; 2016 14,448; 2017 16,589; 2018 2,263; 2019 2,470; 2020 3,212; 2021 4,972; 2022 14,732**

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **ALLINA COLLECTION DEPARTMENT**
Nonpriority Creditor's Name
**2925 CHICAGO AVENUE**
**MINNEAPOLIS, MN 55407-1321**
Number Street City State Zip Code

**Last 4 digits of account number** **$1,288.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.2 **AMERICAN EXPRESS** — Nonpriority Creditor's Name
**PO BOX 1270**
**NEWARK, NJ 07101-1270**
Number Street City State Zip Code

Last 4 digits of account number
**$5,143.00**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

---

4.3 **AMERICAN EXPRESS** — Nonpriority Creditor's Name
**PO BOX 918537**
**EL PASO, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number
**$5,318.00**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **consumer debt**

---

4.4 **BANK OF AMERICA** — Nonpriority Creditor's Name
**PO BOX 982238**
**EL PASO, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number
**$1,453.00**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

---

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.5 **CAPITAL ONE** — Last 4 digits of account number: — **$292.00**

Nonpriority Creditor's Name
**PO BOX 71087**
**CHARLOTTE, NC 28272-1087**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

4.6 **CITIBANK** — Last 4 digits of account number: — **$2,098.00**

Nonpriority Creditor's Name
**C/O MESSERLI & KRAMER PA**
**3033 CAMPUD DRIVE SUITE 250**
**PLYMOUTH, MN 55441**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **JUDGMENT**

4.7 **COMENITY BANK** — Last 4 digits of account number: — **$1,712.00**

Nonpriority Creditor's Name
**C/O MESSERLI & KRAMER PA**
**3033 CAMPUS DRIVE STE 250**
**PLYMOUTH, MN 55441**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.8 **CREDIT ONE BANK** — **$283.00**
Nonpriority Creditor's Name
**PO BOX 6500**
**CITY OF INDUSTRY, CA 91716**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **JUDGMENT**

---

4.9 **DISCOVER BANK** — **$0.00**
Nonpriority Creditor's Name
**PO BOX 30939**
**SALT LAKE CITY, UT 84130**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **NOTICE PURPOSES**

---

4.10 **DISCOVER BANK** — **$0.00**
Nonpriority Creditor's Name
**PO BOX 15316**
**WILMINGTON, DE 19850**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **NOTICE PURPOSES**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

---

4.11

**EXPRESS** — Nonpriority Creditor's Name
**C/O MESSERLI & KRAMER**
**3033 CAMPUS DRIVE STE 250**
**PLYMOUTH, MN 55441**
Number Street City State Zip Code

**Last 4 digits of account number** — **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **NOTICE PURPOSES**

---

4.12

**JPMCB** — Nonpriority Creditor's Name
**PO BOX 15369**
**WILMINGTON, DE 19850**
Number Street City State Zip Code

**Last 4 digits of account number** — **$3,544.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

---

4.13

**KOHLS** — Nonpriority Creditor's Name
**PO BOX 3115**
**MILWAUKEE, WI 53201-3115**
Number Street City State Zip Code

**Last 4 digits of account number** — **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **NOTICES PURPOSES**

---

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.14

**LVNV FUNDING**
Nonpriority Creditor's Name
**C/O MESSERLI & KRAMER PA**
**3033 CAMPUS DRIVE STE 250**
**PLYMOUTH, MN 55441**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **NOTICE PURPOSES**

---

4.15

**LVNV FUNDING LLC**
Nonpriority Creditor's Name
**RODENBURG LAW FIRM PA**
**1004 E CENTRAL AVE PO BOX 4127**
**BISMARCK, ND 58502-4127**
Number Street City State Zip Code

**Last 4 digits of account number**

**$4,421.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **JUDGMENT**

---

4.16

**MACY'S**
Nonpriority Creditor's Name
**PO BOX 9001094**
**LOUISVILLE, KY 40290-1094**
Number Street City State Zip Code

**Last 4 digits of account number**

**$3,028.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

---

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.17 **MILESTONE CARD** — Last 4 digits of account number — **$1,157.00**

Nonpriority Creditor's Name
**BANKCARD SERVICES**
**PO BOX 4477**
**BEAVERTON, OR 97076-0447**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **CONSUMER DEBT**

---

4.18 **NORDSTROM/TD BANK** — Last 4 digits of account number — **$4,976.00**

Nonpriority Creditor's Name
**13531 E CALEY AVE**
**ENGLEWOOD, CO 80111**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **CONSUMER DEBT**

---

4.19 **PIER ONE C/O COMENITY BANK** — Last 4 digits of account number — **$2,459.00**

Nonpriority Creditor's Name
**PO BOX 18289**
**COLUMBUS, OH 43218**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **CONSUMER DEBT**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.20 **SPECIAL FINANCING** — **$138.00**
Nonpriority Creditor's Name
**2504 BUILD AMERICA SOUTH**
**HAMPTON, VA 23666**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

---

4.21 **SUBURBAN EMERGENCY ASSOCIATES** — **$1,058.00**
Nonpriority Creditor's Name
**EMERGENCY DEPT/URGENT CARE**
**PO BOX 46100**
**PLYMOUTH, MN 55446**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **MEDICAL BILL**

---

4.22 **TOPLINE FEDERAL CREDIT UNION** — **$0.00**
Nonpriority Creditor's Name
**9353 JEFFERSON HWY**
**MAPLE GROVE, MN 55369**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **NOTICE PURPOSES ONLY**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

4.23

**US BANK** — **$1,510.00**
Nonpriority Creditor's Name
**PO BOX 3447**
**OSHKOSH, WI 54903**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

4.24

**WELLS FARGO CREDIT CARD** — **$6,220.00**
Nonpriority Creditor's Name
**PO BOX 98795**
**LAS VEGAS, NV 89193**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

4.25

**WELLS FARGO FINANCIAL** — **$3,812.00**
Nonpriority Creditor's Name
**PO BOX 393**
**MINNEAPOLIS, MN 55480**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CONSUMER DEBT**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

Name and Address
**AMERICAN EXPRESS**
**PO BOX 918537**
**EL PASO, TX 79998**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**AMERICAN EXPRESS**
**20500 BELSHAW AVE STE A**
**CARSON, CA 90746**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CAPITAL ONE**
**PO BOX 71087**
**CHARLOTTE, NC 28272-1087**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CAPITAL ONE**
**PO BOX 1269**
**GREENVILLE, SC 29602**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CBNA**
**PO BOX 6789**
**SIOUX FALLS, SD 57117**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CITIBANK**
**PO BOX 6500**
**SIOUX FALLS, SD 57117**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CITIBANK**
**PO BOX 78045**
**PHOENIX, AZ 85062**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CITIBANK**
**PO BOX 9001037**
**LOUISVILLE, KY 40290**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CITIBANK**
**PO BOX 6000**
**THE LAKES, NV 89163-6000**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**COMENITY BANK**
**PO BOX 182789**
**COLUMBUS, OH 43218**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**COMMISSIONER OF INTERNAL REVENUE**
**1111 CONSTITUTION AVE NW**
**WASHINGTON, DC 20224**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**CREDIT ONE BANK**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (*Check one):*

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (if known) **24-30007**

**PO BOX 60500**
**CITY OF INDUSTRY, CA 91716-0500**

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**EXPRESS**
**PO BOX 182508**
**COLUMBUS, OH 43218-2508**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**EXPRESS CARD**
**COMENITY BANK**
**PO BOX 659728**
**SAN ANTONIO, TX 78265**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**HONORABLE MERRICK GARLAND**
**US ATTORNEY GENERAL**
**950 PENNSYLVANIA AVE**
**WASHINGTON, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**INTERNAL REVENUE SERVICE**
**KANSAS CITY, MO 64999**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**INTERNAL REVENUE SERVICE**
**PO BOX 802501**
**CINCINNATI, OH 45280**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**IRS INSOLVENCY UNIT**
**30 E 7TH ST STE 1222**
**SAINT PAUL, MN 55101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LVNV FUNDING**
**55 BEATTIE PLACE**
**GREENVILLE, SC 29601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LVNV FUNDING**
**55 BEATTIE PLACE**
**GREENVILLE, SC 29601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LVNV FUNDING LLC**
**55 BEATTIE PLACE**
**GREENVILLE, SC 29601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**MACY'S**
**PO BOX 6789**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**SIOUX FALLS, SD 57117**
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**MESSERLI & KRAMER PA**
**3033 CAMPUS DR SUITE 250**
**PLYMOUTH, MN 55441**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**MINNESOTA DEPT OF REVENUE**
**PO BOX 64649**
**ST PAUL, MN 55164-0649**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**NORDSTROMS**
**PO BOX 6566**
**ENGLEWOOD, CO 80155**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**PCA ACQUISITIONS V**
**1002 JUSTISON ST**
**WILMINGTON, DE 19801**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**RODENBURG LAW FIRM**
**300 NP AVE N #105**
**PO BOX 2427**
**FARGO, ND 58108-2427**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**SECRETARY OF THE US TREASURY**
**1500 PENNSYLVANIA AVE NW**
**WASHINGTON, DC 20220**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**SUBURBAN EMERGENCY ASSOCS**
**14700 28TH AVE N STE 25**
**MINNEAPOLIS, MN 55447-4887**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**UNITED STATES ATTORNEY**
**316 N ROBERT ST STE 404**
**ST PAUL, MN 55101**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**WELLS FARGO FINANCIAL**
**PO BOX 98795**
**LAS VEGAS, NV 89193**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

Name and Address
**WELLS FARGO FINANCIAL**
**3201 N AVENUE**
**SIOUX FALLS, SD 57104**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **690,502.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **690,502.00** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **49,910.00** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **49,910.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard John Golinvaux** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Renee Karen Golinvaux** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **24-30007**

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **RW-BFR LLC dba The Crossing at Ritter Meadows<br>20457 Keystone Ave<br>Lakeville, MN 55044** | **Debtors will continue paying this residential lease, and the debtors hereby assume such lease.** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard John Golinvaux** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Renee Karen Golinvaux** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA | | |
| Case number (if known) | **24-30007** | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.2 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line<br>☐ Schedule E/F, line<br>☐ Schedule G, line |

**Fill in this information to identify your case:**

Debtor 1 **Richard John Golinvaux**

Debtor 2 **Renee Karen Golinvaux**
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **24-30007**
(If known)

Check if this is:
☐ An amended filing
■ A supplement showing postpetition chapter 13 income as of the following date:
**11/03/2024**
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **DRIVER** | **DRIVER** |
| **Employer's name** | **HERD ENTERPRISES NORTH INC (FED EX)** | **HERD ENTERPRISES INC** |
| **Employer's address** | **6236 SHERIDAN AVE S<br>RICHFIELD, MN 55423** | **6236 SHERIDAN AVE N<br>RICHFIELD, MN 55423** |
| **How long employed there?** | **54 MONTHS** | **43 MONTHS** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,653.00** | $ **4,717.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **5,653.00** | $ **4,717.00** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **5,653.00** | $ **4,717.00** |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,273.06** | $ **1,018.84** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: **MINN. PAID LEAVE** | 5h.+ | $ **24.87** | + $ **20.68** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,297.93** | $ **1,039.52** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,355.07** | $ **3,677.48** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **2,972.60** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** | + $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **2,972.60** | $ **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. — 10. $ **7,327.67** + $ **3,677.48** = $ **11,005.15**

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: — 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies — 12. $ **11,005.15**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: **DEBTOR 1 WILL BE AGE 71 YEARS AS OF JANUARY 2027, AND HE PLANS TO RETIRE FROM WORKING, AND HE WILL NO LONGER HAVE EMPLOYMENT INCOME AT THAT TIME. DEBTOR 2 IS 60 YEARS OF AGE.**

**Fill in this information to identify your case:**

Debtor 1 **Richard John Golinvaux**

Debtor 2 (Spouse, if filing) **Renee Karen Golinvaux**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (If known) **24-30007**

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ■ Yes. **Does Debtor 2 live in a separate household?**
      ■ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ **3,275.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **20.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **140.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **260.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ **0.00** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (if known) **24-30007**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **320.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **125.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **335.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **820.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **100.00** |
| 10. | **Personal care products and services** | 10. $ | **120.00** |
| 11. | **Medical and dental expenses** | 11. $ | **108.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **1,301.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **323.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **40.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **261.00** |
| | 15b. Health insurance | 15b. $ | **662.00** |
| | 15c. Vehicle insurance | 15c. $ | **210.00** |
| | 15d. Other insurance. Specify: **LONG TERM CARE INSURANCE** | 15d. $ | **278.68** |
| | **CANCER, HEART, STROKE INSURANCE** | $ | **286.86** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: **Payment to Topline for 2016 Lincoln MKC** | 17c. $ | **749.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Payment to Minn. Dept. of Revenue, estimated** | 21. +$ | **1,000.00** |
| | **Payment to IRS, estimated** | +$ | **1,500.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **12,234.54** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **12,234.54** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **11,005.15** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **12,234.54** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **-1,229.39** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard John Golinvaux** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Renee Karen Golinvaux** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA | | |
| Case number (if known) | **24-30007** | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Richard John Golinvaux**
**Richard John Golinvaux**
Signature of Debtor 1

Date **September 25, 2026**

X **/s/ Renee Karen Golinvaux**
**Renee Karen Golinvaux**
Signature of Debtor 2

Date **September 25, 2026**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard John Golinvaux** (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | **Renee Karen Golinvaux** (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **24-30007** |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/22**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **3360 Wood Duck Drive NW**<br>**Prior Lake, MN 55372** | From-To:<br>**2012 to 2026** | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year: (January 1 to December 31, 2026 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$50,880.00** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$42,488.74** |
| **For the calendar year: (January 1 to December 31, 2025 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$72,472.00** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$67,969.73** |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$66,126.92** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$62,611.20** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | **$26,748.00** | | |
| **For last calendar year: (January 1 to December 31, 2023 )** | **Social Security Benefits** | **$35,664.00** | | |
| **For the calendar year before that: (January 1 to December 31, 2022 )** | **Social Security Benefits** | **$35,664.00** | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
■ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **NORMAL MONTHLY PAYMENTS ONLY** | **LAST 90 DAYS -- DISREGARD $0 FIGURE AT RIGHT** | **Unknown** | **Unknown** | ■ Mortgage<br>■ Car<br>■ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **WILDS HOMEOWNERS ASSN. v. GOLINVAUX** | **UNPAID ASSOCIATION FEES** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux** Case number (*if known*) **24-30007**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **CRAIG W ANDRESEN ATTY**<br>**3800 W AMERICAN BLVD**<br>**SUITE 1500**<br>**BLOOMINGTON, MN 55425** | **Attorney fees $3,000.00 plus $25.00 court filing fee.** | **Sept. 2026** | **$3,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** **Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux** Case number (*if known*) **24-30007**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| RJ GOLINVAUX INC, AN LLC | INSURANCE CONTRACTOR. RICHARD GOLINVAUX OWNED 100% OF SHARES. NO ASSETS | EIN:<br>From-To 1996 TO 2015 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Signature of Debtor 1 | Signature of Debtor 2 |
|---|---|
| /s/ Richard John Golinvaux | /s/ Renee Karen Golinvaux |
| Richard John Golinvaux<br>Signature of Debtor 1 | Renee Karen Golinvaux<br>Signature of Debtor 2 |
| Date September 25, 2026 | Date September 25, 2026 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1 **Richard John Golinvaux**
First Name Middle Name Last Name

Debtor 2 **Renee Karen Golinvaux**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **24-30007**
(if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **CARRINGTON MORTGAGE**<br>Description of property securing debt: **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **CARRINGTON MORTGAGE**<br>Description of **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br>■ Yes |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

| | | |
|---|---|---|
| property securing debt: **SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | ☐ Retain the property and [explain]: | |
| Creditor's name: **INTERNAL REVENUE SERVICE**<br>Description of property securing debt: **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **MINNESOTA DEPT OF REVENUE**<br>Description of property securing debt: **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **SANTANDER CONSUMER USA**<br>Description of property securing debt: **2016 LINCOLN MKC 186,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

**Part 2: List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Richard John Golinvaux**
**Richard John Golinvaux**
Signature of Debtor 1

Date **September 25, 2026**

X **/s/ Renee Karen Golinvaux**
**Renee Karen Golinvaux**
Signature of Debtor 2

Date **September 25, 2026**

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
## District of Minnesota

In re **Richard John Golinvaux**
**Renee Karen Golinvaux**
Debtor(s)

Case No. **24-30007**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept ............................ | $ | **3,000.00** |
| Prior to the filing of this statement I have received ............. | $ | **3,000.00** |
| Balance Due ........................................................................... | $ | **0.00** |

2. The source of the compensation paid to me was:
■ Debtor ☐ Other (specify)

3. The source of the compensation to be paid to me is:
■ Debtor ☐ Other (specify)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5. In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

**a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

**b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

**c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**d.**. Representation of the debtor in contested bankruptcy matters; and

**e.**. Other services reasonably necessary to represent the debtor(s).

6. Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

LOCAL FORM 1007-1
REVISED 06/16

CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **September 25, 2026**

Signature of Attorney
**/s/ Craig W. Andresen, Attorney**
**Craig W. Andresen, Attorney 186557**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Richard John Golinvaux** |
| Debtor 2 (Spouse, if filing) | **Renee Karen Golinvaux** |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (if known) | **24-30007** |

Check one box only as directed in this form and in Form 122A-1Supp:

☐ 1. There is no presumption of abuse

■ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

**12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married**. Fill out Column A, lines 2-11.
   - ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 6,121.00 | $ 4,581.30 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | **Copy here ->** | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** | $ 0.00 | $ 0.00 |

| | Column A | Column B |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 8. **Unemployment compensation** | $ **0.00** | $ **0.00** |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you ........ $ **0.00** | | |
| For your spouse ........ $ **0.00** | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ **0.00** | $ **0.00** |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. | | |
| . | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Total amounts from separate pages, if any. + | $ **0.00** | $ **0.00** |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **6,121.00** + $ **4,581.30** = $ **10,702.30**

**Total current monthly income**

**Part 2: Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........ **Copy line 11 here=>** $ **10,702.30**

Multiply by 12 (the number of months in a year) **x** 12

12b. The result is your annual income for this part of the form 12b. $ **128,427.60**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. **MN**

Fill in the number of people in your household. **2**

Fill in the median family income for your state and size of household. ........ 13. $ **90,144.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ■ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

**Part 3: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Richard John Golinvaux**
**Richard John Golinvaux**

**X** **/s/ Renee Karen Golinvaux**
**Renee Karen Golinvaux**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

| | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **September 25, 2026** | Date **September 25, 2026** |
| MM / DD / YYYY | MM / DD / YYYY |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 **Richard John Golinvaux**

Debtor 2 **Renee Karen Golinvaux**
(Spouse, if filing)

United States Bankruptcy Court for the: District of Minnesota

Case number **24-30007**
(if known)

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

■ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

Official Form 122A - 2

# Chapter 7 Means Test Calculation

04/22

**To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).**

## Part 1: Determine Your Adjusted Income

1. **Copy your total current monthly income.** **Copy line 11 from Official Form 122A-1 here=>**........ $ **10,702.30**

2. **Did you fill out Column B in Part 1 of Form 122A-1?**
   - ☐ No. Fill in $0 for the total on line 3.
   - ■ Yes. Is your spouse Filing with you?
     - ☐ No. Go to line 3.
     - ■ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   - ■ No. Fill in 0 for the total on line 3.
   - ☐ Yes. Fill in the information below:

| **State each purpose for which the income was used**<br>For example, the income is used to pay your spouse's tax debt or to support other than you or your dependents. | **Fill in the amount you are subtracting from your spouse's income** |
|---|---|
| | $ |
| | $ |
| | $ |
| **Total.** | $ **0.00** |

**Copy total here=>...** **-** $ **0.00**

4. **Adjust your current monthly income.** Subtract line 3 from line 1. $ **10,702.30**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

## Part 2: Calculate Your Deductions from Your Income

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from in income in lines 5 and 6 of form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the from refers to *you,* it means both you and your spouse if Column B of Form 122A-1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household. **2**

**National Standards** You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items. $ **1,389.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| | | | | |
|---|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ **79.00** | | |
| 7b. | Number of people who are under 65 | X **1** | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ **79.00** | **Copy here=>** | $ **79.00** |

**People who are 65 years of age or older**

| | | | | |
|---|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | $ **154.00** | | |
| 7e. | Number of people who are 65 or older | X **1** | | |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | $ **154.00** | **Copy here=>** | +$ **154.00** |
| 7g. | T**otal.** Add lines 7c and 7f | $ **233.00** | **Copy total here=>** | $ **233.00** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux** Case number (*if known*) **24-30007**

**Local Standards** You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ **Housing and utilities - Insurance and operating expenses**

■ **Housing and utilities - Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. .......................................... $ **684.00**

9. **Housing and utilities - Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.................................. $ **1,872.00**

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **CARRINGTON MORTGAGE** | $ **2,814.00** |
| Total average monthly payment | $ **2,814.00** |

**Copy here=>** -$ **2,814.00** Repeat this amount on line 33a.

9c. Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0. ........................ $ **0.00** **Copy here=>** $ **0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ **0.00**

Explain why:

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

■ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $ **428.00**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1** **Describe Vehicle 1:** **2016 LINCOLN MKC 186,000 miles**

13a. Ownership or leasing costs using IRS Local Standard......................................... $ **629.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **SANTANDER CONSUMER USA** | $ **224.70** |

Total Average Monthly Payment $ **224.70** **Copy here =>** -$ **224.70** Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0. $ **404.30** **Copy net Vehicle 1 expense here =>** $ **404.30**

**Vehicle 2** **Describe Vehicle 2:** **2015 FORD F-150 272,000 miles**

13d. Ownership or leasing costs using IRS Local Standard.................................................. $ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **-NONE-** | $ |

Total Average Monthly Payment $ **0.00** **Copy here =>** -$ **0.00** Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this amount is less than $0, enter $0. ...................... $ **0.00** **Copy net Vehicle 2 expense here =>** $ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation. $ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*. $ **0.00**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

**Other Necessary Expenses** In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
    Do not include real estate, sales, or use taxes. $ **2,312.90**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. $ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. $ **261.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. $ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
    - ■ as a condition for your job, or
    - ■ for your physically or mentally challenged dependent child if no public education is available for similar services. $ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
    Do not include payments for any elementary or secondary school education. $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
    Payments for health insurance or health savings accounts should be listed only in line 25. $ **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted. **+**$ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
    Add lines 6 through 23. $ **5,712.20**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

**Additional Expense Deductions** These are additional deductions allowed by the Means Test.

*Note*: Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ 787.00 | |
| Disability insurance | $ 0.00 | |
| Health savings account | + $ 0.00 | |
| Total | $ 787.00 | Copy total here=> $ 787.00 |

Do you actually spend this total amount?

☐ No. How much do you actually spend? $

■ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C.§ 529A(b). $ **0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential. $ **0.00**

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.
If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.
You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary. $ **0.00**

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $189.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.
You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/25, and every 3 years after that for cases begun on or after the date of adjustment. $ **0.00**

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.
To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.
You must show that the additional amount claimed is reasonable and necessary. $ **0.00**

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2). +$ **0.00**

32. **Add all of the additional expense deductions.**
Add lines 25 through 31. $ **787.00**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|
| | **Mortgages on your home:** | |
| 33a. | Copy line 9b here => | $ **2,814.00** |
| | **Loans on your first two vehicles:** | |
| 33b. | Copy line 13b here => | $ **224.70** |
| 33c. | Copy line 13e here => | $ **0.00** |

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| **-NONE-** | | ☐ No ☐ Yes | $ |
| | | ☐ No ☐ Yes | $ |
| | | ☐ No ☐ Yes | +$ |

33e. Total average monthly payment. Add lines 33a through 33d $ **3,038.70** Copy total here=> $ **3,038.70**

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.

■ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| **CARRINGTON MORTGAGE** | **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | $ **2,965.00** | ÷ 60 = | $ **49.42** |
| **CARRINGTON MORTGAGE** | **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | $ **159,381.00** | ÷ 60 = | $ **2,656.35** |

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

| | | | | | |
|---|---|---|---|---|---|
| **INTERNAL REVENUE SERVICE** | **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | $ **19,977.00** | ÷ 60 = | $ **332.95** |
| **MINNESOTA DEPT OF REVENUE** | **3360 WOOD DUCK DRIVE NW Prior Lake, MN 55372 Scott County REAL PROPERTY LOCATED IN SCOTT COUNTY AND LEGALLY DESCRIBED AS FOLLWS: LOT 24, BLOCK 1, THE WILDS THIRD ADDITION, SCOTT COUNTY, STATE OF MINNESOTA.** | $ **42,756.00** | ÷ 60 = | $ **712.60** |
| | Total | $ **3,751.32** | **Copy total here=>** | $ **3,751.32** |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.

■ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ........ $ **79,575.00** ÷ 60 = $ **1,326.25**

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**

Case number (*if known*) **24-30007**

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

■ No. Go to line 37.

☐ Yes. Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13 $ ______

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts). X ______

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13 $ ______ **Copy total here=>** $ ______

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36. $ **8,116.27**

## Total Deductions from Income

38. **Add all of the allowed deductions.**

| | | |
|---|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances* | $ | **5,712.20** |
| Copy line 32, *All of the additional expense deductions* | $ | **787.00** |
| Copy line 37, *All of the deductions for debt payment* | +$ | **8,116.27** |
| Total deductions | $ | **14,615.47** |

**Copy total here..........=>** $ **14,615.47**

**Part 3:** **Determine Whether There is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

| | | |
|---|---|---|
| 39a. Copy line 4, *adjusted current monthly income* | $ | **10,702.30** |
| 39b. Copy line 38, *Total deductions* | - $ | **14,615.47** |
| 39c. Monthly disposable income. 11 U.S.C. § 707(b)(2). Subtract line 39b from line 39a | $ | **-3,913.17** |

**Copy here=>**$ **-3,913.17**

For the next 60 months (5 years) x 60

39d. **Total.** Multiply line 39c by 60 39d. $ **-234,790.20** **Copy here=>** $ **-234,790.20**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

■ **The line 39d is less than $9,075*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **The line 39d is more than $15,150*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Go to Part 5.

☐ **The line 39d is at least $9,075*, but not more than $15,150*.** Go to line 41.

*Subject to adjustment on 4/01/25, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1 **Richard John Golinvaux**
Debtor 2 **Renee Karen Golinvaux**
Case number (*if known*) **24-30007**

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form. $ ________

x .25

41b. **25% or your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I) Multiply line 41a by 0.25........ $ ________ **Copy here=>** $ ________

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2. *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

## Part 4: Give Details About Special Circumstances

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

■ No. Go to Part 5.

☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

## Part 5: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Richard John Golinvaux**
**Richard John Golinvaux**
Signature of Debtor 1

Date **September 25, 2026**
MM / DD / YYYY

X **/s/ Renee Karen Golinvaux**
**Renee Karen Golinvaux**
Signature of Debtor 2

Date **September 25, 2026**
MM / DD / YYYY

# **Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy** (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Chapter 12: Repayment plan for family farmers or fishermen**

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

**Chapter 13: Repayment plan for individuals with regular income**

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

ALLINA COLLECTION DEPARTMENT
2925 CHICAGO AVENUE
MINNEAPOLIS MN 55407-1321

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101-1270

AMERICAN EXPRESS
PO BOX 918537
EL PASO TX 79998

AMERICAN EXPRESS
PO BOX 918537
EL PASO TX 79998

AMERICAN EXPRESS
20500 BELSHAW AVE STE A
CARSON CA 90746

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998

BANK OF NEW YORK MELLON
255 2ND AVENUE SOUTH
MINNEAPOLIS MN 55401

BANK OF NEW YORK MELLON
225 LIBERTY STREET
NEW YORK NY 10281

BANK OF NEW YORK MELLON
C/O WEINGARDEN LIEBO ET AL.
4500 PARK GLEN RD STE 300
MINNEAPOLIS MN 55416

CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272-1087

CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272-1087

CAPITAL ONE
PO BOX 1269
GREENVILLE SC 29602

CARRINGTON MORTGAGE
PO BOX 54285
IRVINE CA 92619

CARRINGTON MORTGAGE
PO BOX 5001
WESTFIELD IN 46074

CARRINGTON MORTGAGE SERVICING
1600 S DOUGLAS ROAD STE 200A
ANAHEIM CA 92806

CBNA
PO BOX 6789
SIOUX FALLS SD 57117

CITIBANK
C/O MESSERLI & KRAMER PA
3033 CAMPUD DRIVE SUITE 250
PLYMOUTH MN 55441

CITIBANK
PO BOX 6500
SIOUX FALLS SD 57117

CITIBANK
PO BOX 6000
THE LAKES NV 89163-6000

CITIBANK
PO BOX 9001037
LOUISVILLE KY 40290

CITIBANK
PO BOX 78045
PHOENIX AZ 85062

COMENITY BANK
C/O MESSERLI & KRAMER PA
3033 CAMPUS DRIVE STE 250
PLYMOUTH MN 55441

COMENITY BANK
PO BOX 182789
COLUMBUS OH 43218

COMMISSIONER OF INTERNAL
REVENUE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

CREDIT ONE BANK
PO BOX 6500
CITY OF INDUSTRY CA 91716

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY UT 84130

DISCOVER BANK
PO BOX 15316
WILMINGTON DE 19850

EXPRESS
C/O MESSERLI & KRAMER
3033 CAMPUS DRIVE STE 250
PLYMOUTH MN 55441

EXPRESS
PO BOX 182508
COLUMBUS OH 43218-2508

EXPRESS CARD
COMENITY BANK
PO BOX 659728
SAN ANTONIO TX 78265

HONORABLE MERRICK GARLAND
US ATTORNEY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON DC 20530-0001

INTERNAL REVENUE SERVICE
STOP 5700
30 EAST 7TH STREET SUITE 1222
ST PAUL MN 55101-4940

INTERNAL REVENUE SERVICE
STOP 5700
30 EAST 7TH STREET SUITE 1222
ST PAUL MN 55101-4940

INTERNAL REVENUE SERVICE
KANSAS CITY MO 64999

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 802501
CINCINNATI OH 45280

IRS INSOLVENCY UNIT
30 E 7TH ST STE 1222
SAINT PAUL MN 55101

JPMCB
PO BOX 15369
WILMINGTON DE 19850

KOHLS
PO BOX 3115
MILWAUKEE WI 53201-3115

LVNV FUNDING
C/O MESSERLI & KRAMER PA
3033 CAMPUS DRIVE STE 250
PLYMOUTH MN 55441

LVNV FUNDING
55 BEATTIE PLACE
GREENVILLE SC 29601

LVNV FUNDING
55 BEATTIE PLACE
GREENVILLE SC 29601

LVNV FUNDING LLC
RODENBURG LAW FIRM PA
1004 E CENTRAL AVE PO BOX 4127
BISMARCK ND 58502-4127

LVNV FUNDING LLC
55 BEATTIE PLACE
GREENVILLE SC 29601

MACY'S
PO BOX 9001094
LOUISVILLE KY 40290-1094

MACY'S
PO BOX 6789
SIOUX FALLS SD 57117

MESSERLI & KRAMER PA
3033 CAMPUS DR SUITE 250
PLYMOUTH MN 55441

MILESTONE CARD
BANKCARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-0447

MINNESOTA DEPT OF REVENUE
COLLECTION ENFORCEMENT - BKY
PO BOX 64447, LOCATION 511
ST PAUL MN 55164

MINNESOTA DEPT OF REVENUE
COLLECTION ENFORCEMENT - BKY
PO BOX 64447, LOCATION 511
ST PAUL MN 55164

MINNESOTA DEPT OF REVENUE
PO BOX 64649
ST PAUL MN 55164-0649

NORDSTROM/TD BANK
13531 E CALEY AVE
ENGLEWOOD CO 80111

NORDSTROMS
PO BOX 6566
ENGLEWOOD CO 80155

PCA ACQUISITIONS V
1002 JUSTISON ST
WILMINGTON DE 19801

PIER ONE C/O COMENITY BANK
PO BOX 18289
COLUMBUS OH 43218

RODENBURG LAW FIRM
300 NP AVE N #105
PO BOX 2427
FARGO ND 58108-2427

RW-BFR LLC DBA THE CROSSING
AT RITTER MEADOWS
20457 KEYSTONE AVE
LAKEVILLE MN 55044

SANTANDER CONSUMER USA
PO BOX 961245
FORT WORTH TX 76161

SECRETARY OF THE US TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

SMITH JADIN JOHNSON
7900 XERXES AVE S STE 2020
MPLS MN 55431

SPECIAL FINANCING
2504 BUILD AMERICA SOUTH
HAMPTON VA 23666

SUBURBAN EMERGENCY ASSOCIATES
EMERGENCY DEPT/URGENT CARE
PO BOX 46100
PLYMOUTH MN 55446

SUBURBAN EMERGENCY ASSOCS
14700 28TH AVE N STE 25
MINNEAPOLIS MN 55447-4887

TOPLINE FEDERAL CREDIT UNION
9353 JEFFERSON HWY
MAPLE GROVE MN 55369

TOPLINE FEDERAL CREDIT UNION
9353 JEFFERSON HWY
MAPLE GROVE MN 55369

UNITED STATES ATTORNEY
316 N ROBERT ST STE 404
ST PAUL MN 55101

US BANK
PO BOX 3447
OSHKOSH WI 54903

WELLS FARGO CREDIT CARD
PO BOX 98795
LAS VEGAS NV 89193

WELLS FARGO FINANCIAL
PO BOX 393
MINNEAPOLIS MN 55480

WELLS FARGO FINANCIAL
PO BOX 98795
LAS VEGAS NV 89193

WELLS FARGO FINANCIAL
3201 N AVENUE
SIOUX FALLS SD 57104

WILDS HOMEOWNERS ASSOCIATION
C/O SMITH JADIN JOHNSON
7900 XERXES AVE S STE 2020
MINNEAPOLIS MN 55431

WILDS HOMEOWNERS ASSOCIATION
7100 NORTHLAND CIR N STE 100
BROOKLYN PARK MN 55428