LOCAL FORM 4004-1
REVISED 09/25
B2830 (FORM 2830) (4/22)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

RICHARD J. GOLINVAUX,

Debtor(s).

Case No. 24-30007

Chapter 7

---

# DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS OR SECTION 522(q)

---

**Part I. Certification Regarding Domestic Support Obligations** *(check no more than one) (If you are not a chapter 12 or 13 debtor, proceed to Part III below)*

Under 11 U.S.C. §§ 1228(a) or 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 12 or 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II. If you checked the second box, you must provide the information below.**

My current address: ____________________

My current employer: ____________________

My current employer's address: ____________________

**Part III. Certification Regarding Section 522(q)** *(check no more than one subpart)*

Under 11 U.S.C. §§ 727(a)(12), 1141(d)(5)(C), 1228(f), or 1328(h), and Fed. R. Bankr. P. 1007(b)(8), I certify that:

*Subpart A*.

☒ I have not claimed an exemption under 11 U.S.C. § 522(b)(3) and state or local law in property that: (1) I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1); and (2) exceeds $214,000* in value in the aggregate.

*Subpart B*.

☐ I have claimed an exemption in property under 11 U.S.C. § 522(b)(3) and state or local law that: (1) I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1); and (2) exceeds $214,000* in value in the aggregate, and

☐ There are no pending proceedings where I may be found guilty of a felony described in 11 U.S.C. § 522(q)(1)(A) or found liable for a debt described in 11 U.S.C. § 522(q)(1)(B); or

☐ There is a pending proceeding where (*check all that apply*):

☐ I may be found guilty of a felony (as defined in 18 U.S.C. § 3156); or

☐ I may be found liable for a debt arising from:

☐ any violation of the federal securities laws (as defined in § 3(a)(47) of the Securities Exchange Act of 1934), any state securities laws, or any regulation or order issued under federal securities laws or state securities laws;

☐ fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under § 12 or 15(d) of the Securities Exchange Act of 1934 or under § 6 of the Securities Act of 1933;

☐ any civil remedy under 18 U.S.C. § 1964; or

☐ any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

No certification in Part III, Subpart B prevents a debtor from asserting at a hearing that 11 U.S.C. § 522(q) does not apply, such that the debtor should still be granted a discharge.

Under Fed. R. Bankr. P. 2002(f)(1)(L) and Local Rule 4004-1(b), if the debtor indicates in Part III, Subpart B that the debtor has claimed such an exemption and there is such a pending proceeding, the debtor must file motion under Local Rule 4004-1(b) and give notice of the motion to all creditors.

Under Fed. R. Bankr. P. 1007(c), in a chapter 11, 12, or 13 case, this form must be filed no earlier than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under 11 U.S.C. §§ 1141(d)(5)(B), 1228(b), or 1328(b). Under Local Rule 4004-1(a)(2), in a chapter 7 case, this form must be filed with the petition or within 14 days thereafter.

LOCAL FORM 4004-1
REVISED 09/25
B2830 (FORM 2830) (4/22)

**Part IV. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 9/24/26 /s/Richard Golinvaux
Date Debtor

** Amounts reflecting dollar amounts adjusted on 4/1/2025; amounts subject to adjustment every three years with respect to cases commenced on or after the date of adjustment. Accordingly, the clerk is authorized to adjust these amounts on the form every three years.*