In re:

RICHARD AND RENEE GOLINVAUX,
Debtors.

U.S. Bankruptcy Court
District of Minnesota

**Certificate of Service**

BKY NO. 24-30007-KAC

I, Craig W. Andresen, attorney licensed to practice law in this court, with office address of 3800 W. American Blvd., Suite 1500, Bloomington, Minnesota 55431, declare under penalty of perjury that on October 28, 2026, I served the attached **Section 341(a) Creditors Meeting Notice, and the Postconversion Order Dated September 25, 2025 (Docket Entry 177)** upon the following entities by U.S. Mail first class postage prepaid:

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILIDELPHIA PA 19101-7346

MINNESOTA DEPT OF REVENUE
COLLECTION ENFORCEMENT-BKY
PO BOX 64447, LOCATION 511
ST PAUL MN 55164

THE CROSSING AT RITTER MEADOWS
20457 KEYSTONE AVE
LAKEVILLE MN 55044

Dated: October 28, 2026. Signed: /e/ Craig W. Andresen
Craig W. Andresen, Attorney

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 24−30007

Richard John Golinvaux, Chapter 7
Renee Karen Golinvaux,

Debtor(s).

---

# POSTCONVERSION ORDER CHAPTER 13 TO CHAPTER 7

---

This case was converted from a chapter 13 case to a chapter 7 case on 9/25/26. Accordingly, under Fed. R. Bankr. P. 1019(e),

**IT IS ORDERED:**

1. Within **14 days** after conversion, file a schedule of unpaid debts incurred after the petition was filed but before conversion and include the name and address of each claim holder, substantially conforming to the *Schedule of Unpaid Postpetition, Preconversion Debts* form available on the court's website.

2. The debtor(s) must ensure that each holder of a postpetition, preconversion claim is added to the creditor matrix and mailing list using the instructions provided by the clerk and available on the court's website.

3. The deadline to request payment of an administrative expense under 11 U.S.C. § 503 is **60 days** after conversion.

4. Within **14 days** after conversion, the debtor must file a completed Local Form 4004−1. *See* Local Rule 4004−1(a).

5. Within **30 days** after conversion, the trustee in the chapter 13 case must file and send to the United States trustee a final report and account.

6. Notice must be given as follows:

    a. The clerk must provide notice of this order to debtor(s), the attorney for the debtor(s), the trustee in the chapter 13 case, the trustee in the chapter 7 case, the United States trustee, and the entities listed on the creditor matrix and mailing list.

    b. The debtor(s) must provide notice of this order and a copy of the meeting of creditors notice issued by the clerk upon case conversion to any holder of a postpetition, preconversion claim identified on the Schedule of Unpaid Postpetition, Preconversion Debts. *See* Local Rule 2002−1.

Dated: 9/25/26

s/ Katherine A. Constantine
United States Bankruptcy Judge

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Richard John Golinvaux<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx−xx−9414<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Renee Karen Golinvaux<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx−xx−1348<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Minnesota | Date case filed in chapter: | 13 1/3/24 |
| Case number: | 24−30007 − KAC | Date case converted to chapter: | 7 9/25/26 |

| | | |
|---|---|---|
| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline 12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Richard John Golinvaux | Renee Karen Golinvaux |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3360 Wood Duck Drive N. W.<br>Prior Lake, MN 55372 | 3360 Wood Duck Drive N. W.<br>Prior Lake, MN 55372 |
| **4. Debtor's attorney**<br>Name and address | Craig W. Andresen<br>Craig W Andresen, Attorney<br>3800 W. American Blvd.<br>Suite 1500<br>Bloomington, MN 55431 | Contact phone: 952−831−1995<br>Email: craig@andresenlaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Matthew D. Swanson<br>121 S. 8th St.<br>Ste 1450<br>Minneapolis, MN 55402 | Contact phone: 763−285−4702<br>Email: 7trustee@greensteinsellers.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 Warren E. Burger Federal Building<br>and U.S. Courthouse<br>316 N Robert St<br>St Paul, MN 55101 | Hours open: Monday − Friday 8:00AM to 4:30PM<br>Contact phone: 651−848−1000<br>Web address: www.mnb.uscourts.gov<br><br>Date: 9/25/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 19, 2026 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 851 455 9959, and Passcode 9176998134, or call 1−612−460−0635** |
| | **For additional meeting information, go to https://www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 12/18/26**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline:** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |